# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **COMMOTION INVESTMENTS, LLC,** *et al.*,    Plaintiffs, | ) ) ) ) |
| vs. | ) CIVIL ACTION NO 07-0836-KD-C |
| **THE MITCHELL COMPANY, INC.,**    Defendant. | ) ) ) ) |

## JUDGMENT

In accordance with the Order entered on this date granting the Motion for Summary Judgment filed by Defendant The Mitchell Company, Inc. (Docs. 62, 63, 64), it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** with prejudice.  Each party shall bear its own costs.

**DONE** and **ORDERED** this the **25th** day of **September 2009.**

/s/ Kristi K. DuBose  
**KRISTI K. DuBOSE**  
**UNITED STATES DISTRICT JUDGE**